IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 DEC -9 P 3: 22

1:05CV1173-F

In re:
Gary Lamar Miller and
Peggy Hardwick Miller

Case No. 04-10816
Chapter 7

## TRANSMITTAL OF APPEAL

I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On:**   December 9, 2005

**Notice of Appeal Filed:**   **November 16, 2005**

**Contents of Record:**
**Designated Items of Appellant(s)**   Filed 11/23/2005
Designated Items of Appellee(s)

**Remarks:**
Filing Fee Paid              November 16, 2005    ($255.00)
Copy Work Fee Paid     December 8, 2005      ($129.00)
Transcripts received:    December 9, 2005

PLEASE RETURN A "RECEIVED" STAMPED
COPY OF THIS SUBMISSION SHEET

FROM: /s/ Richard S. Oda, Clerk
           United States Bankruptcy Court