IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| GARY LAMAR MILLER, and | * | CASE NO. 2004-10816 |
| PEGGY HARDWICK MILLER, | * | Chapter 7 |
| | * | |
| Debtors. | * | |



FILED
NOV 16 2005
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

### NOTICE OF APPEAL

The Citizens Bank, creditor in this case, appeals under 28 *U.S.C.* §158(a) or (b) from the Order of the Bankruptcy Judge dated September 30, 2005, sustaining in part the Chapter 7 Trustee's objection to its proof of claim filed in this case.

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1. **Peggy Hardwick Miller**
   Debtor

2. **Gary Lamar Miller**
   Debtor

**Collier H. Espy, Jr.**
Espy, Metcalf & Poston, P.C.
Attorney for Debtors
P.O. Drawer 6504
Dothan, Alabama 36302-6504
KC@EMPPC.COM

3. **William C. Carn, III**
   Lee & McInish, P.C.
   Chapter 7 Trustee
   P.O. Box 1665
   Dothan, Alabama 36302
   wcarn@leeandmcinish.com

**William W. Nichols**
Lee & McInish, P.C.
Attorney for Trustee
P.O. Box 1665
Dothan, Alabama 36302
wnichols@leeandmcinish.com


Respectfully submitted November 16, 2005.

              **MOTLEY, MOTLEY & YARBROUGH, LLC**


              s/Derek E. Yarbrough
              **Derek E. Yarbrough YAR008**
              Bar Number: ASB-6664-R63D
              Attorney for The Citizens Bank of Geneva
              117 East Main Street
              Dothan, Alabama 36301
              Telephone: (334) 793-0051
              Fax: (334) 793-9845
              E-mail: motley@graceba.net

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| **GARY LAMAR MILLER, and** | * CASE NO. 2004-10816 |
| **PEGGY HARDWICK MILLER,** | * Chapter 7 |
| | * |
| Debtors. | * |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 16, 2005, a Notice Of Appeal was filed on behalf of The Citizens Bank of Geneva with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| **Collier H. Espy, Jr.** | **William C. Carn, III** | **William W. Nichols** |
| Espy, Metcalf & Poston, P.C. | Lee & McInish, P.C. | Lee & McInish, P.C. |
| Attorney for Debtors | Trustee | Attorney for Trustee |
| P.O. Drawer 6504 | P.O. Box 1665 | P.O. Box 1665 |
| Dothan, AL 36302-6504 | Dothan, AL 36302 | Dothan, AL 36302 |
| KC@EMPPC.COM | wcarn@leeandmcinish.com | wnichols@leeandmcinish.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

                                      **s/Derek E. Yarbrough**
                                      **Derek E. Yarbrough**
                                      Bar Number: ASB-6664-R63D
                                      Attorney for The Citizens Bank
                                      Motley, Motley & Yarbrough, LLC
                                      Dan Clemmons Building
                                      117 East Main Street
                                      Dothan, Alabama 36301
                                      Telephone: (334) 793-0051
                                      Fax: (334) 793-9845
                                      E-mail: motley@graceba.net