DschDebt, APPEAL



## U.S. Bankruptcy Court
## Middle District of Alabama (Dothan)
### Bankruptcy Petition #: 04-10816
Internal Use Only

*Assigned to:* Dwight H. Williams Jr.
Chapter 7
Voluntary
No asset

*Date Filed:*
04/15/2004
*Date Discharged:*
12/02/2004

**Gary Lamar Miller**
104 Pine Tree Court
Hartford, AL 36344
SSN: 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
Tax id: 63-0789257
*Debtor*

represented by **Collier H. Espy, Jr.**
Espy, Metcalf & Poston, P.C.
P.O. Drawer 6504
Dothan, AL 36302-6504
334 793-6288
Email: KC@EMPPC.COM

**Peggy Hardwick Miller**
104 Pine Tree Court
Hartford, AL 36344
SSN: 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
Tax id: 63-1261844
*Joint Debtor*

represented by **Collier H. Espy, Jr.**
(See above for address)

**Bankruptcy Administrator**
U. S. Bankruptcy
Administrator
One Church Street
Montgomery, AL 36104
*Bankruptcy Admin.*

**William C. Carn, III**
Lee & McInish, P.C.
P.O. Box 1665
Dothan, AL 36302

represented by **William W. Nichols**
Lee & McInish
PO BOX 1665
DOTHAN, AL 36302

334 792-4156  
*Trustee*

334 792-4156  
Email:  
wnichols@leeandmcinish.com

| Filing Date | # | Docket Text |
|---|---|---|
| 04/15/2004 | 1 | **Chapter 7 Voluntary Petition.** Fee Amount $209. Filed by Collier H. Espy Jr. on behalf of Gary Lamar Miller, Peggy Hardwick Miller. (Espy, Collier) Modified text on 4/16/2004 (CO, ). (Entered: 04/15/2004) |
| 04/15/2004 | 2 | Receipt of Voluntary Petition (Chapter 7)(04-10816) [misc,volp7a] ( 209.00) filing fee. Receipt number 1127B884300, amount $ 209.00. (U.S. Treasury) (Entered: 04/15/2004) |
| 04/15/2004 | 3 | Declaration re: Electronic Filing of Petition, Schedules & Statements Filed by Collier H. Espy Jr. on behalf of Gary Lamar Miller, Peggy Hardwick (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Gary Lamar Miller, Joint Debtor Peggy Hardwick Miller). (Espy, Collier) Modified text on 4/16/2004 (CO, ). (Entered: 04/15/2004) |
| 04/16/2004 | 4 | **Appointing Interim Trustee and Approving Standing Bond.** William C. Carn added to the case. (Non-Image Entry). (LB, ) (Entered: 04/16/2004) |
| 04/16/2004 | 5 | Meeting of Creditors (Certificate of Service will be filed within 5 days). Section 341(a) Meeting of Creditors to be held on 6/10/2004 at 09:00AM at U.S. Bankruptcy Court, Federal Courthouse, |

| | | |
|---|---|---|
| | | Dothan, AL. Last day to oppose discharge or dischargeability is 8/9/2004. (LB, ) (Entered: 04/16/2004) |
| 04/16/2004 | | New Case Received and Reviewed for Accuracy. (CO, ) (Entered: 04/16/2004) |
| 04/18/2004 | 6 | BNC Certificate of Service - Meeting of Creditors - No. of Notices: 23. Service Date 04/18/2004. (Related Doc # 5) (Admin.) (Entered: 04/19/2004) |
| 05/27/2004 | 7 | Reaffirmation Agreement and Attorney's Declaration Between Debtor and First National Bank of Hartford Filed by Collier H. Espy Jr. on behalf of Gary Lamar Miller, Peggy Hardwick Miller. (Espy, Collier) (Entered: 05/27/2004) |
| 06/11/2004 | 8 | Trustee's Initial Report & First Meeting Held (Carn, William) (Entered: 06/11/2004) |
| 06/18/2004 | 9 | 435 (Validity/Priority/Extent Lien): Complaint against HOME OIL COMPANY, INC.. Fee Amount $0.0. Filed by Collier H. Espy Jr., Gary Lamar Miller, Peggy Hardwick Miller, HOME OIL COMPANY, INC. on behalf of Gary Lamar Miller, Peggy Hardwick Miller. (Attachments: # 1 Exhibit) (Espy, Collier) (Entered: 06/18/2004) |
| 06/18/2004 | 10 | 426 (Dischargeability 523): Complaint against Internal Revenue Service, Alabama Department of Revenue. Fee Amount $0.0. Filed by Collier H. Espy Jr., Gary Lamar Miller, Peggy Hardwick Miller, Internal Revenue Service, Alabama Department of Revenue on behalf of Gary Lamar Miller, Peggy Hardwick Miller. (Attachments: # 1 Exhibit) (Espy, Collier) (Entered: 06/18/2004) |

| | | |
|---|---|---|
| 07/27/2004 | 11 | Trustee's Application to Employ Professional Person(s) Bill E. Mullen as Accountant Filed by William C. Carn III on behalf of William C. Carn III. (Carn, William) (Entered: 07/27/2004) |
| 07/27/2004 | | Adversary Case Closed (Non-Image Entry). (RK, ) (Entered: 07/27/2004) |
| 07/28/2004 | 12 | Order Granting Application to Employ Professional Person(s) Bill E. Mullen (Related Doc # 11) Entered On 7/28/2004. (RK, ) (Entered: 07/28/2004) |
| 07/28/2004 | 13 | Bankruptcy Administrator Response to Application to Employ Professional Person(s) *Bill Mullen* Filed by Bankruptcy Admin. Teresa R. Jacobs (RE: related document(s)11 Application to Employ Professional Person(s) filed by Trustee William C. Carn). (Fritz,Sr., Aty for BA, Michael) (Entered: 07/28/2004) |
| 07/30/2004 | 14 | BNC Certificate of Service - See Image Attached - (RE: related document(s)12 Order on Application to Employ Professional Person(s)). No. of Notices: 2. Service Date 07/30/2004. (Admin.) (Entered: 07/31/2004) |
| 08/04/2004 | 15 | Notice of Appearance and Request for Notice Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva. (Yarbrough, Derek) (Entered: 08/04/2004) |
| 08/05/2004 | 16 | Motion to Extend Time *To File Complaint Objecting To Discharge or To Determine Dischargeability of Certain Debts* Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva. (Yarbrough, Derek) (Entered: |

| Date | Doc # | Description |
|---|---|---|
| | | 08/05/2004) |
| 08/09/2004 | 17 | Reaffirmation Agreement and Attorneys Declaration Between Debtor and Alabama Telco Credit Union Filed by Michael A. Harrison on behalf of Alabama Telco Credit Union. (Harrison, Michael) (Entered: 08/09/2004) |
| 08/13/2004 | 18 | SUBMISSION ERROR- Incorrect Location (Notice did not go out)Notice of Hearing Set (RE: related document(s)16 Motion to Extend Time To File Complaint Objecting To Discharge or To Determine Dischargeability of Certain Debts). Hearing scheduled for 9/22/2004 at 09:30 AM at Courtroom 4C, U.S. Bankruptcy Court, One Church Street, Montgomery, AL. (JV, ) Modified text on 8/13/2004 (JV, ). (Entered: 08/13/2004) |
| 08/13/2004 | 19 | Notice of Hearing Set (RE: related document(s)16 Motion to Extend Time To File Complaint Objecting To Discharge or To Determine Dischargeability of Certain Debts). Hearing scheduled for 9/22/2004 at 09:30 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (JV, ) (Entered: 08/13/2004) |
| 08/15/2004 | 20 | BNC Certificate of Service - Hearing - (RE: related document(s)19 Hearing (Bk), Hearing (Bk)). No. of Notices: 6. Service Date 08/15/2004. (Admin.) (Entered: 08/16/2004) |
| 08/30/2004 | 21 | Reaffirmation Agreement and Attorneys Declaration Between Debtor and Dell Financial Filed by Collier H. Espy Jr. on behalf of Peggy Hardwick Miller. (CO, ) (Entered: 08/30/2004) |
| 09/02/2004 | 22 | Trustee's Motion *for Order Setting a Bar Date by* |

| | | |
|---|---|---|
| | | *Which Proofs of Claim Must Be Filed* Filed by William C. Carn III on behalf of William C. Carn III. (Carn, William) (Entered: 09/02/2004) |
| 09/20/2004 | 23 | Notice to File Claims (RE: related document(s)22 Motion). Proofs of Claims due by 12/20/2004. (DY, ) (Entered: 09/20/2004) |
| 09/20/2004 | | Motion terminated. Notice to File Claims docketed on 9/20/04.(RE: related document(s)22 Motion). (DY, ) (Entered: 09/20/2004) |
| 09/22/2004 | 24 | BNC Certificate of Service - Notice to File Claim (Ch 7) - (RE: related document(s)23 Notice To File Claims (Ch 7 Asset)). No. of Notices: 27. Service Date 09/22/2004. (Admin.) (Entered: 09/23/2004) |
| 09/28/2004 | 25 | Order Extending Time to File Complaint (Related Doc # 16) Entered On 9/28/2004. Entry of discharge order is deferred until 11/15/2004. (CO, ) (Entered: 09/28/2004) |
| 09/28/2004 | | Other Deadlines Updated (Non-Image Entry) (RE: related document(s)25 Order on Motion to Extend Time). Last day to oppose discharge or dischargeability is 11/15/2004. (CO, ) (Entered: 09/28/2004) |
| 09/29/2004 | | Deadlines terminated (Re: Entry #5). (CO, ) (Entered: 09/29/2004) |
| 09/30/2004 | 26 | BNC Certificate of Service - See Image Attached - (RE: related document(s)25 Order on Motion to Extend Time). No. of Notices: 5. Service Date 09/30/2004. (Admin.) (Entered: 10/01/2004) |

| | | |
|---|---|---|
| 10/28/2004 | 27 | Reaffirmation Agreement and Attorneys Declaration Between Debtor and Washington Mutual Home Loans Filed by Washington Mutual Home Loans, Inc.. (CO, ) (Entered: 10/28/2004) |
| 11/16/2004 | | Flags Set-Reset (Removed Defer Discharge flag; entry of discharge expired 11/15/2004, Deadlines terminated on dischargeability). (CO, ) (Entered: 11/16/2004) |
| 12/02/2004 | 28 | Discharge Order Discharging Debtor(s) Entered On 12/2/2004. (HN, ) (Entered: 12/02/2004) |
| 12/04/2004 | 29 | BNC Certificate of Service - Order of Discharge - (RE: related document(s)28 Discharge Order Discharging Debtor(s)). No. of Notices: 29. Service Date 12/04/2004. (Admin.) (Entered: 12/05/2004) |
| 12/08/2004 | | Case Reviewed on 12/8/2004. Case could not be closed because Possible Asset - No TFRN. Close Case Follow Up Review due on 1/7/2005. (CO, ) (Entered: 12/08/2004) |
| 12/21/2004 | 30 | Clerk's Notice of Claims Bar Date Expiration - The 90 day period for filing proof of claims in this case is expired. The trustee should review the CM/ECF claims register for classification purposes and indicate what action will be taken. (RE: related document(s)23 Notice To File Claims (Ch 7 Asset)). (CO, ) (Entered: 12/21/2004) |
| 01/10/2005 | | Case Reviewed on 1/10/2005. Case could not be closed because Possible Asset - No TFRN (RE: related document(s) Close Case Follow Up Review - Cannot Close Case). Close Case Follow |

*NO Image* (handwritten annotation next to 12/21/2004 entry)

| | | |
|---|---|---|
| | | Up Review due on 2/9/2005. (CO, ) (Entered: 01/10/2005) |
| 01/31/2005 | 31 | Trustee's Motion to Strike or Reclassify Claims on Claim Number(s): 5 Filed by Trustee William C. Carn III. Responses due by 3/2/2005. (Carn, William) (Entered: 01/31/2005) |
| 02/07/2005 | 32 | First Response to Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva (RE: related document(s)31 Trustee's Motion to Strike or Reclassify Claims filed by Trustee William C. Carn). (Yarbrough, Derek) (Entered: 02/07/2005) |
| 02/08/2005 | 33 | Notice of Hearing Set (RE: related document(s)31 Trustee's Motion to Strike or Reclassify Claims, 32 Response To Trustee's Motion To Strike and/Or Reclassify Claim). Hearing scheduled for 2/16/2005 at 09:30 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (JC, ) (Entered: 02/08/2005) |
| 02/10/2005 | | Case Reviewed on 2/10/2005. Case could not be closed because Possible Asset - No TFRN (RE: related document(s) Close Case Follow Up Review - Cannot Close Case). Close Case Follow Up Review due on 3/14/2005. (CO, ) (Entered: 02/10/2005) |
| 02/10/2005 | 34 | BNC Certificate of Service - Hearing - (RE: related document(s)33 Hearing (Bk), Hearing (Bk)). No. of Notices: 7. Service Date 02/10/2005. (Admin.) (Entered: 02/11/2005) |
| 02/17/2005 | | Matter Under Advisement Re: (RE: related document(s)31 Trustee's Motion to Strike or Reclassify Claims, 32 Response). Matter Under |

| | | |
|---|---|---|
| | | Advisement Due by 4/11/2005. (FG, )Joint stipulation of facts and respective briefs due by trustee and Citizens Bank of Geneva by March 31, 2005 and reply briefs due by April 11, 2005. Modified text on 3/24/2005 (YP, ). (Entered: 02/17/2005) |
| 02/17/2005 | 35 | Submission Order (Citizens Bank of Geneva and Trustee) Entered On 2/17/2005 (RE: related document(s)31 Trustee's Motion to Strike or Reclassify Claims filed by Trustee William C. Carn, 32 Response filed by Creditor The Citizens Bank of Geneva). Brief due by 3/31/2005. Reply Brief due by 4/11/2005. (LO, ) (Entered: 02/17/2005) |
| 02/19/2005 | 36 | BNC Certificate of Service - See Image Attached - (RE: related document(s)35 Scheduling Order, ). No. of Notices: 1. Service Date 02/19/2005. (Admin.) (Entered: 02/20/2005) |
| 02/23/2005 | 37 | Trustee's Application to Employ Professional Person(s) William W. Nichols as Attorney Filed by William C. Carn III on behalf of William C. Carn III. (Carn, William) (Entered: 02/23/2005) |
| 02/24/2005 | 38 | Bankruptcy Administrator Response to Application to Employ Professional Person(s) *Recommends - William Nichols* Filed by Bankruptcy Admin. Teresa R. Jacobs (RE: related document(s)37 Application to Employ Professional Person(s) filed by Trustee William C. Carn). (Fritz,Sr., Aty for BA, Michael) (Entered: 02/24/2005) |
| 02/24/2005 | 39 | Order Authorizing Employment of Attorney for Special Purpose Person(s) (William W. Nichols) |

| | | |
|---|---|---|
| | | (Related Doc # 37) Entered On 2/24/2005. (CO, ) (Entered: 02/24/2005) |
| 02/26/2005 | 40 | BNC Certificate of Service - See Image Attached - (RE: related document(s)39 Order on Application to Employ Professional Person(s)). No. of Notices: 2. Service Date 02/26/2005. (Admin.) (Entered: 02/27/2005) |
| 03/15/2005 | | . Case could not be closed because Possible Asset - No TFRN (RE: related document(s) Close Case Follow Up Review - Cannot Close Case). Close Case Follow Up Review due on 4/14/2005. (CO, ) (Entered: 03/15/2005) |
| 03/30/2005 | 41 | NOTICE OF SUBMISSION ERROR-FILED BY FILER-TO BE REFILED AS SEPARATE MOTIONS. Joint Motion *To Extend Time For Filing Briefs and Motion To Set Evidentiary Hearing* Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva (RE: related document(s)35 Scheduling Order, ). (Yarbrough, Derek) Modified text on 3/30/2005 (JT, ). (Entered: 03/30/2005) |
| 03/30/2005 | 42 | **Joint** Motion to Extend Time *For Filing Briefs* Filed by William W. Nichols, Derek E. Yarbrough on behalf of William C. Carn III, The Citizens Bank of Geneva (RE: related document(s)35 Scheduling Order, ). (Yarbrough, Derek) (Entered: 03/30/2005) |
| 03/30/2005 | 43 | Notice of Submission Error *Filed in errror - motions to be filed separately* (Non-Image Entry) Filed by William W. Nichols, Derek E. Yarbrough on behalf of William C. Carn III, The Citizens Bank of Geneva (RE: related |

| | | |
|---|---|---|
| | | document(s)41 Motion filed by Creditor The Citizens Bank of Geneva). (Yarbrough, Derek) (Entered: 03/30/2005) |
| 03/30/2005 | 44 | Joint Motion to Set Hearing Filed by William W. Nichols, Derek E. Yarbrough on behalf of William C. Carn III, The Citizens Bank of Geneva (RE: related document(s)42 Motion to Extend Time filed by Trustee William C. Carn, Creditor The Citizens Bank of Geneva, 35 Scheduling Order, ). (Yarbrough, Derek) (Entered: 03/30/2005) |
| 04/01/2005 | 45 | Notice of Hearing Set (RE: related document(s)42 Motion to Extend Time For Filing Briefs Filed by William W. Nichols, Derek E. Yarbrough on behalf of William C. Carn III, The Citizens Bank of Geneva 44 Joint Motion to Set Hearing Filed by William W. Nichols, Derek E. Yarbrough on behalf of William C. Carn III, The Citizens Bank of Geneva (. Hearing scheduled for 4/27/2005 at 09:30 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (JV, ) (Entered: 04/01/2005) |
| 04/03/2005 | 46 | BNC Certificate of Service - Hearing - (RE: related document(s)45 Hearing (Bk), Hearing (Bk)). No. of Notices: 7. Service Date 04/03/2005. (Admin.) (Entered: 04/04/2005) |
| 04/12/2005 | | Matter Under Advisement Complete. Parties request evidentiary hearing. (RE: related document(s) Set Matter Under Advisement Deadline, ). (AW, ) (Entered: 04/12/2005) |
| 04/14/2005 | | Case could not be closed because Possible Asset - No TFRN (RE: related document(s) Close Case Follow Up Review - Cannot Close Case). Close |

| | | |
|---|---|---|
| | | Case Follow Up Review due on 5/16/2005. (CO, ) (Entered: 04/14/2005) |
| 04/29/2005 | | Matter Under Advisement Re: (RE: related document(s)31 Trustee's Motion to Strike or Reclassify Claims, 32 Response). Joint stipulation of facts due by May 30, 2005. Reply briefs no later than July 1, 2005. Matter Under Advisement Due by 7/2/2005. (FG, ) Modified on 5/2/2005 (FG, ). (Entered: 04/29/2005) |
| 05/03/2005 | 47 | Order Extending Time to File Briefs (Related Doc # 42, 44) Entered On 5/3/2005. (Parties are to file a joint stipulation of facts and respective briefs no later than May 30, 2005. The parties may file reply briefs no later than July 1, 2005). (CO, ) (Entered: 05/03/2005) |
| 05/05/2005 | 48 | BNC Certificate of Service - See Image Attached - (RE: related document(s)47 Order on Motion to Extend Time, ). No. of Notices: 1. Service Date 05/05/2005. (Admin.) (Entered: 05/06/2005) |
| 05/16/2005 | | Case could not be closed because Possible Asset - No TFRN (RE: related document(s) Close Case Follow Up Review - Cannot Close Case). Close Case Follow Up Review due on 6/15/2005. (CO, ) (Entered: 05/16/2005) |
| 05/27/2005 | 49 | Stipulation Between Other Prof. William W. Nichols and Creditor, The Citizens Bank. Filed by William W. Nichols on behalf of William W. Nichols (RE: related document(s)35 Scheduling Order, ). (Entered: 05/27/2005) |
| 05/27/2005 | 50 | Response to *Creditors Response to Motion to Strike* Filed by William W. Nichols on behalf of |

| | | |
|---|---|---|
| | | William W. Nichols (RE: related document(s)32 Response filed by Creditor The Citizens Bank of Geneva). (Nichols, William) (Entered: 05/27/2005) |
| 05/27/2005 | 51 | Notice of Submission Error (Non-Image Entry) Filed by William W. Nichols on behalf of William W. Nichols (RE: related document(s)50 Response filed by Other Prof. William W. Nichols). (Nichols, William) (Entered: 05/27/2005) |
| 05/27/2005 | 52 | First Brief *Creditor's Memorandum Brief* Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva (RE: related document(s)35 Scheduling Order,, 47 Order on Motion to Extend Time, ). (Yarbrough, Derek) (Entered: 05/27/2005) |
| 05/27/2005 | 53 | Response to *Citizens Bank's Response to Trustee's Motion to Strike and/or Reclassify Claim* Filed by William W. Nichols on behalf of William W. Nichols (RE: related document(s)50 Response filed by Other Prof. William W. Nichols). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L) (Nichols, William) (Entered: 05/27/2005) |
| 06/01/2005 | | Adversary Case Closed (AP# 04-01246) (Non-Image Entry). (CO, ) (Entered: 06/01/2005) |
| 06/07/2005 | | Motion terminated. (RE: related document(s)41 Motion, ). (CO, ) (Entered: 06/07/2005) |
| 06/15/2005 | | Case could not be closed because Possible Asset - |

| | | |
|---|---|---|
| | | No TFRN (RE: related document(s) Close Case Follow Up Review - Cannot Close Case). Close Case Follow Up Review due on 7/15/2005. (CO, ) (Entered: 06/15/2005) |
| 07/01/2005 | 54 | Trustee's Brief *Trustee's Reply To Creditor's Memorandum Brief* Filed by William W. Nichols on behalf of William C. Carn III (RE: related document(s)52 Brief filed by Creditor The Citizens Bank of Geneva). (Nichols, William) (Entered: 07/01/2005) |
| 07/19/2005 | | Case could not be closed because Possible Asset - No TFRN (RE: related document(s) Close Case Follow Up Review - Cannot Close Case). Close Case Follow Up Review due on 8/18/2005. (CO, ) (Entered: 07/19/2005) |
| 08/22/2005 | | Case could not be closed because Possible Asset-No TFRN (RE: related document(s) Close Case Follow Up Review - Cannot Close Case). Close Case Follow Up Review due on 9/21/2005. (CO, ) (Entered: 08/22/2005) |
| 09/22/2005 | | Case could not be closed because Possible Asset-No TFRN (RE: related document(s) Close Case Follow Up Review - Cannot Close Case). Close Case Follow Up Review due on 10/24/2005. (DS, ) (Entered: 09/22/2005) |
| 09/27/2005 | 55 | Creditor and Trustee's Joint Statement of Facts., Filed by William W. Nichols on behalf of William W. Nichols (RE: related document(s)49 Stipulation filed by Other Prof. William W. Nichols). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# |

| | | |
|---|---|---|
| | | 10 Exhibit J# 11 Exhibit K# 12 Exhibit L) (Nichols, William) Modified text on 9/28/2005 (DS, ). (Entered: 09/27/2005) |
| 09/30/2005 | 56 | MEMORANDUM OPINION Entered On 9/30/2005 (RE: related document(s)31 Trustee's Motion to Strike or Reclassify Claims filed by Trustee William C. Carn). (YP, ) (Entered: 09/30/2005) |
| 09/30/2005 | 57 | Order On Objection to Claim (#5 - Citizens Bank of Geneva, ALabama is SUSTAINED in part, OVERRULED in part) (Related Doc # 31) Entered On 9/30/2005. (YP, ) (Entered: 09/30/2005) |
| 10/02/2005 | 58 | BNC Certificate of Service - See Image Attached - (RE: related document(s)56 Opinion). No. of Notices: 3. Service Date 10/02/2005. (Admin.) (Entered: 10/03/2005) |
| 10/02/2005 | 59 | BNC Certificate of Service - See Image Attached - (RE: related document(s)57 Order on Trustee's Motion to Strike or Reclassify Claims). No. of Notices: 3. Service Date 10/02/2005. (Admin.) (Entered: 10/03/2005) |
| 10/03/2005 | | Deadlines terminated., Matter Under Advisement Complete (RE: related document(s)25 Order on Motion to Extend Time, 35 Scheduling Order,, Set Matter Under Advisement Deadline,, 32 Response, 44 Motion to Set Hearing,, Close Case Follow Up Review - Cannot Close Case). (CEG, ) (Entered: 10/03/2005) |
| 10/10/2005 | 60 | Motion to Vacate *Order* Filed by Derek E. Yarbrough on behalf of The Citizens Bank of |

| | | |
|---|---|---|
| | | Geneva (RE: related document(s)57 Order on Trustee's Motion to Strike or Reclassify Claims, 56 Opinion). (Yarbrough, Derek) (Entered: 10/10/2005) |
| 10/10/2005 | 61 | Motion To Stay *Execution Of Judgment* Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva. (Yarbrough, Derek) (Entered: 10/10/2005) |
| 10/12/2005 | 62 | NOTE: SUBMISSION ERROR - Notice of Hearing Set (RE: related document(s)60 Motion to Vacate to Vacate Order Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva (RE: related document(s)57 Order on Trustee's Motion to Strike or Reclassify Claims, 56 Opinion. Hearing scheduled for 10/31/2005 at 09:15 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JV, ) Modified Text on 10/12/2005 (JV, ). (Entered: 10/12/2005) |
| 10/12/2005 | 63 | Notice of Hearing Set (RE: related document(s)60 Motion to Vacate Order Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva. Hearing scheduled for 10/26/2005 at 09:30 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (JV, ) (Entered: 10/12/2005) |
| 10/14/2005 | 64 | BNC Certificate of Service - Hearing - (RE: related document(s)63 Hearing (Bk)). No. of Notices: 7. Service Date 10/14/2005. (Admin.) (Entered: 10/15/2005) |
| 10/26/2005 | 65 | Motion for Relief from Stay. Fee Amount $150. Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva. Responses due by |

| | | |
|---|---|---|
| | | 11/18/2005. (Yarbrough, Derek) (Entered: 10/26/2005) |
| 10/26/2005 | 66 | Receipt of Motion for Relief From Stay(04-10816) [motion,mrlfsty] ( 150.00) filing fee. Receipt number 1618065, amount $ 150.00. (U.S. Treasury) (Entered: 10/26/2005) |
| 10/28/2005 | | Matter Under Advisement Re: (RE: related document(s)60 Motion to Vacate). Matter Under Advisement Due by 10/26/2006. (FG, ) (Entered: 10/28/2005) |
| 11/07/2005 | | Matter Under Advisement Complete (RE: related document(s) Set Matter Under Advisement Deadline). (FG, )Order denying motion to alter, amend or set aside order and/or motion for new trial entered on November 7, 2005. (Entered: 11/07/2005) |
| 11/07/2005 | 67 | Order Denying Motion To Alter, Amend or Set Aside Order and/or Motion for New Trial (Related Doc # 60) Entered On 11/7/2005. (CO, ) (Entered: 11/07/2005) |
| 11/07/2005 | 71 | Published Order Denying Motion to Alter, Amend, or Set Aside Order and/or Motion for New Trial (Entered: 11/14/2005) |
| 11/08/2005 | 68 | Order Dismissing Motion (Stay Execution of Judgment) (Related Doc # 61) Entered On 11/8/2005. (CO, ) (Entered: 11/08/2005) |
| 11/10/2005 | 69 | BNC Certificate of Service - See Image Attached - (RE: related document(s)68 Order on Motion to Stay). No. of Notices: 2. Service Date |

| | | |
|---|---|---|
| | | 11/10/2005. (Admin.) (Entered: 11/11/2005) |
| 11/11/2005 | 70 | Debtor's Objection to *Stay Relief Requested by The Citizens Bank* Filed by Collier H. Espy Jr. on behalf of Gary Lamar Miller, Peggy Hardwick Miller (RE: related document(s)65 Motion for Relief From Stay filed by Creditor The Citizens Bank of Geneva). (Espy, Collier) (Entered: 11/11/2005) |
| 11/15/2005 | 72 | Notice of Telephone Hearing Set (RE: related document(s)65 Motion for Relief From Stay, 70 Objection, ). Hearing scheduled for 12/5/2005 at 10:15 AM at Telephone Hearing. (JV, ) (Entered: 11/15/2005) |
| 11/16/2005 | 73 | Notice of Appeal. Fee Amount $255. Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva (RE: related document(s)56 Opinion). Appellant Designation due by 11/28/2005. Transmission of Designation Due by 12/6/2005. (Yarbrough, Derek) (Entered: 11/16/2005) |
| 11/16/2005 | 74 | Receipt of Notice of Appeal(04-10816) [appeal,ntcapl] ( 255.00) filing fee. Receipt number 1646674, amount $ 255.00. (U.S. Treasury) (Entered: 11/16/2005) |
| 11/16/2005 | 75 | Objection to Referral to Bankruptcy Appellant Panel Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva. (Yarbrough, Derek) (Entered: 11/16/2005) |
| 11/16/2005 | 76 | Motion To Stay Pending Appeal Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva. (Yarbrough, Derek) (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/16/2005) |
| 11/17/2005 | | 77 | Notice Service of Notice of Appeal. Civil Action Number: Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva (RE: related document(s)73 Notice of Appeal, filed by Creditor The Citizens Bank of Geneva). (CO, ) (NOTICE SERVED ON: Bankruptcy Administrator, Derek Yarbrough, Collier H. Espy, Jr., William W. Nichols, and William C. Carn, III). Modified text to add parties served on 11/17/2005 (CO, ). (Entered: 11/17/2005) |
| 11/17/2005 | | 78 | Trustee's Objection to *Motion for Relief from Stay* Filed by William W. Nichols on behalf of William W. Nichols (RE: related document(s)61 Motion To Stay filed by Creditor The Citizens Bank of Geneva, 65 Motion for Relief From Stay filed by Creditor The Citizens Bank of Geneva). (Nichols, William) (Entered: 11/17/2005) |
| 11/17/2005 | | 79 | Notice of Telephone Hearing Set (RE: related document(s)76 Motion To Stay Pending Appeal). Hearing scheduled for 12/5/2005 at 10:15 AM at Telephone Hearing. (JV, ) (Entered: 11/17/2005) |
| 11/17/2005 | | 80 | Notice of Telephone Hearing Set (RE: related document(s)65 Motion for Relief From Stay. Hearing scheduled for 12/5/2005 at 10:15 AM at Telephone Hearing. (JV) (Entered: 11/17/2005) |
| 11/17/2005 | | 81 | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)72 Telephone Hearing). No. of Notices: 3. Service Date 11/17/2005. (Admin.) (Entered: 11/18/2005) |
| 11/19/2005 | | 82 | BNC Certificate of Service - Telephone Hearing - |

| | | |
|---|---|---|
| | | (RE: related document(s)79 Telephone Hearing). No. of Notices: 3. Service Date 11/19/2005. (Admin.) (Entered: 11/20/2005) |
| 11/19/2005 | 83 | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)80 Telephone Hearing). No. of Notices: 3. Service Date 11/19/2005. (Admin.) (Entered: 11/20/2005) |
| 11/23/2005 | 84 | Appellant Designation of Contents For Inclusion in Record and Issues On Appeal Filed by Derek E. Yarbrough on behalf of The Citizens Bank of Geneva (RE: related document(s)73 Notice of Appeal, filed by Creditor The Citizens Bank of Geneva). (Yarbrough, Derek) (Entered: 11/23/2005) |
| 12/06/2005 | 85 | Order Staying Order Pending Appeal (Related Doc # 65), Motion for Relief from Sty (Related Doc # 76) Motion to Stay Pending Appeal, 57 -ORDER - Entered On 12/6/2005. (CO, ) (Entered: 12/06/2005) |
| 12/07/2005 | | Matter Under Advisement Re: (RE: related document(s)65 Motion for Relief From Stay filed by The Citizens Bank of Geneva). Matter Under Advisement Due by 12/5/2005. (FG, ) (Entered: 12/07/2005) |