```
                                              FILED
                                              DEC 0 6 2005
                                              U S BANKRUPTCY COURT
                                              MONTGOMERY, ALABAMA
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

GARY LAMAR MILLER and
PEGGY HARDWICK MILLER,

    Debtors.

Case No. 04-10816-DHW
Chapter 7

## ORDER STAYING ORDER PENDING APPEAL

The Citizens Bank of Geneva filed a motion under Fed. R. Bankr. Proc. 8005 to stay pending appeal the September 30, 2005 order on the trustee's objection to its claim.

The motion came on for hearing on December 5, 2005. Both the debtors and the trustee consented to the motion. Accordingly, it is

ORDERED that the motion is GRANTED, and the September 30, 2005 order is hereby STAYED pending appeal.

Done this 6 day of December, 2005.

                              /s/ Dwight H. Williams, Jr.
                              United States Bankruptcy Judge

c: Derek E. Yarbrough, Attorney for Creditor
   William W. Nichols, Attorney for Trustee
   C. H. Espy, Jr., Attorney for Debtors