# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | * |
| | * |
| GARY LAMAR MILLER, and | * CASE NO. 2004-10816 |
| PEGGY HARDWICK MILLER, | * Chapter 7 |
| | * |
| Debtors. | * |

FILED
NOV 2 3 2005
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

## BANKRUPTCY RULE 8006 DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES

*COMES NOW* The Citizens Bank as Creditor/Appellant in the above-styled contested matter, and pursuant to Rule 8006, *Federal Rules of Bankruptcy* provides the following information in support of its appeal:

### I. Designation of the Record

Upon review of the docket for this contested matter the appellant hereby designates all items required by the *Federal Rules of Bankruptcy* and specifically Items No. 1, 4, 15, 16, 19, 22, 23, 25, 28, 30, 31, 32, 33, 35, 37, 38, 39, 42, 44, 45, 47, 49, 50, 52, 53, 54, 55, 56, 57, 60, 61, 63, 65, 67, 68, 70, 72, 73, 75, 76, 77, 78, 79, 80.

As hearings were held in this matter on September 22, 2004; February 16, 2005; April 27, 2005; and October 26, 2005; it is believed a transcript will be needed and has been, or is hereby, requested.

### II. Issues to be Presented on Appeal

A. Whether the Bankruptcy Court order determines the extent, validity or priority of The Citizens Bank's lien without the requisite adversary proceeding required by Rule 7001(2), *Federal Rules of Bankruptcy Procedure*.

B. Whether the Bankruptcy Court order improperly subordinates The Citizens Bank's claim.

C. Whether the Bankruptcy Court erred in its determination that its state court complaint does not satisfy the requirements of *Ala. Code* §10-12-35(a) (1975).

D. Whether the Bankruptcy Court erred in its determination that The Citizens Bank did not obtain an execution lien on the property transferred by Debtor Peggy Hardwick Miller to Hardwick Farms, LLC.

E. Whether the Bankruptcy Court erred in its determination that *Ala. Code* §8-9A-7 prevents The Citizens Bank from acquiring an equitable lien on property transferred by Debtor Peggy Hardwick Miller to Hardwick Farms, LLC.

F. Whether the Bankruptcy Court erred in its determination that its state court complaint did not state a cause of action under the *Alabama Fraudulent Transfers Act*, contained at *Ala. Code* §§8-9A-7 (1975), et seq.

G. Whether the Bankruptcy Court misapplied Alabama law to the facts of this case.

H. Whether the Bankruptcy Court misapplied Bankruptcy law to the facts of this case.

I. Whether the Bankruptcy Court judgment imposes an unduly harsh and inequitable result.

J. Whether the Bankruptcy Court order is supported by the facts of this case.

Respectfully submitted,

                                    **MOTLEY, MOTLEY & YARBROUGH, LLC**

                                    <u>s/Derek E. Yarbrough</u>
**Derek E. Yarbrough YAR008**
Bar Number: ASB-6664-R63D
Attorney for The Citizens Bank of Geneva
117 East Main Street
Dothan, Alabama 36301
Telephone: (334) 793-0051
Fax: (334) 793-9845
E-mail: motley@graceba.net

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA**
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| **GARY LAMAR MILLER, and** | *   CASE NO. 2004-10816 |
| **PEGGY HARDWICK MILLER,** | *   Chapter 7 |
| | * |
| Debtors. | * |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 23, 2005, a Designation of the Record and Statement of Issues was filed on behalf of The Citizens Bank of Geneva with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| **Collier H. Espy, Jr.** | **William C. Carn, III** | **William W. Nichols** |
|---|---|---|
| Espy, Metcalf & Poston, P.C. | Lee & McInish, P.C. | Lee & McInish, P.C. |
| Attorney for Debtors | Trustee | Attorney for Trustee |
| P.O. Drawer 6504 | P.O. Box 1665 | P.O. Box 1665 |
| Dothan, Alabama 36302-6504 | Dothan, Alabama 36302 | Dothan, Alabama 36302 |
| KC@EMPPC.COM | wcarn@leeandmcinish.com | wnichols@leeandmcinish.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

s/Derek E. Yarbrough
**Derek E. Yarbrough**
Bar Number: ASB-6664-R63D
**Attorney for** The Citizens Bank
Motley, Motley & Yarbrough, LLC
Dan Clemmons Building
117 East Main Street
Dothan, Alabama 36301
Telephone: (334) 793-0051
Fax: (334) 793-9845
E-mail: motley@graceba.net
