# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: GARY LAMAR MILLER, and PEGGY HARDWICK MILLER | * * * | |
| Debtors. | * * * | |
| CITIZENS BANK OF GENEVA, | * * | |
| Appellant, | * * | |
| vs. | * * | CASE NUMBER:1:05cv-01173-MEF |
| GLENN AND PEGGY MILLER; and William C. Carn, III [Chapter 7 Trustee], | * * * * | |
| Appellees. | * | |

### APPELLANT'S MOTION TO EXTEND TIME FOR FILING BRIEF

*COMES NOW* The Citizens Bank of Geneva, Creditor/Appellant in the above-styled case, by and through its undersigned counsel, and petitions the Court for an order granting additional time to file its brief in this appeal, which is currently due December 24, 2005.

In support of the request for relief, the Appellant says that its attorney has had several deadlines and court cases in both state and federal court which have limited the time available to adequately brief the issues in this case.

*WHEREFORE*, the Appellant petitions the Court for the following relief:

A. An order extending the time for submission of its appeal brief;

B. Such other, further or different relief as the Court deems appropriate.

Respectfully submitted this 20th day of December, 2005.

                       **MOTLEY, MOTLEY & YARBROUGH, LLC**

                       s/Derek E. Yarbrough
                       **Derek E. Yarbrough YAR008**
                       Bar Number: ASB-6664-R63D
                       Attorney for The Citizens Bank of Geneva
                       Dan Clemmons Building
                       117 East Main Street
                       Dothan, Alabama 36301
                       Telephone:  (334) 793-0051
                       Facsimile: (334) 793-9845
                       E-mail: motley@graceba.net

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **IN RE: GARY LAMAR MILLER,** and **PEGGY HARDWICK MILLER** | * * * |
| Debtors. | * * * |
| **CITIZENS BANK OF GENEVA,** | * * |
| Appellant, | * * |
| vs. | *   **CASE NUMBER:1:05cv-01173-MEF** * |
| **GLENN AND PEGGY MILLER;** and William C. Carn, III [Chapter 7 Trustee], | * * * * |
| Appellees. | * |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2005, Appellant's Motion To Extend Time For Filing Brief was submitted on behalf of The Citizens Bank of Geneva with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| **Collier H. Espy, Jr.** | **William C. Carn, III** | **William W. Nichols** |
| Espy, Metcalf & Poston, P.C. | Lee & McInish, P.C. | Lee & McInish, P.C. |
| Attorney for Debtors | Trustee | Attorney for Trustee |
| P.O. Drawer 6504 | P.O. Box 1665 | P.O. Box 1665 |
| Dothan, Alabama 36302-6504 | Dothan, Alabama 36302 | Dothan, Alabama 36302 |
| KC@EMPPC.COM | wcarn@leeandmcinish.com | wnichols@leeandmcinish.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

Respectfully submitted,

                                **s/Derek E. Yarbrough**
                                **Derek E. Yarbrough**
                                Bar Number: ASB-6664-R63D
                                Attorney for The Citizens Bank
                                Motley, Motley & Yarbrough, LLC
                                Dan Clemmons Building
                                117 East Main Street
                                Dothan, Alabama 36301
                                Telephone: (334) 793-0051
                                Fax: (334) 793-9845
                                E-mail: motley@graceba.net