IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CITIZENS BANK OF GENEVA, *et. al.*, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-1173-F |
| | ) | |
| GARY LAMAR MILLER, *et. al.*, | ) | |
| | ) | |
| Appellees. | ) | |

## **ORDER**

This cause is before the Court on Appellant's Motion to Extend Time for Filing Brief (Doc. # 3). Upon consideration, it is hereby ORDERED that the motion is GRANTED. The deadline for filing Appellant's brief is extended to January 6, 2006.

DONE this 21st day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE