IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CITIZENS BANK OF GENEVA, *et. al.*,     )
                                         )
      Appellants,                   )
                                         )
v.                                       )     Case No. 1:05-cv-1173-F
                                         )
GARY LAMAR MILLER, *et. al.*,            )
                                         )
      Appellees.                    )

## ORDER

This cause is before the Court on parties' Joint Motion for Enlarged Briefing Schedule (Doc. # 5). Upon consideration, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The Appellant shall file its brief on or before April 6, 2006. In accordance with Federal Rule of Bankruptcy Procedure 8009(a), the Appellees shall serve and file a brief within 15 days after service of Appellant's brief. The Appellant may serve and file a reply brief within 10 days after service of Appellees' brief.

DONE this 22nd day of December, 2005.


                               _____/s/ Mark E. Fuller_____
                               CHIEF UNITED STATES DISTRICT JUDGE