# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

IN RE:                                          )
**GARY LAMAR MILLER**                            )
**PEGGY HARDWICK MILLER**                        )
                                                )
**Debtors.**                                     )


**CITIZENS BANK OF GENEVA,**          )     **CASE NO.:1:05cv-01173-MEF**
                                      )
    **Appellant,**               )
                                      )
**vs.**                               )
                                      )
**WILLIAM C. CARN, III, as Trustee**  )
**for the Bankruptcy Estate of Gary** )
**Lamar Miller and Peggy Hardwick**   )
**Miller Bankruptcy Case No.**        )
**04-10816**                          )

## JOINT MOTION FOR ADDITIONAL ENLARGEMENT OF BRIEFING SCHEDULE

    1.  The parties to this Motion are:

    Appellant, Citizens Bank of Geneva

    Appellee, William C. Carn, III, Trustee for the Bankruptcy Estate of
Gary Lamar Miller and Peggy Hardwick Miller, Bankruptcy Case Number 04-10816

    2.  On December 21, 2005, the parties jointly moved the Court to enter an Order

extending the briefing deadlines so that they could attempt a settlement of the matters pending in

this Court on appeal.

    3.  In that the Internal Revenue Service would be a party whose approval would influence

whether a settlement might be reached, and because the settlement would have to be approved by

the United States Bankruptcy Court and other creditors notified, the parties asked for a ninety-day extension.

4.  The Trustee has been advised by counsel for the Internal Revenue Service that the proposed settlement will be recommended.  With this assurance, the Trustee filed "Trustee's Motion For Approval Of Proposed Compromise Settlement of Dispute Regarding The Secured Status Of Competing Creditors" with the Bankruptcy Court on March 15, 2006.   A true and correct copy of the Trustee's motion is attached hereto as Exhibit "A".

5.  The Trustee's motion is a negative notice pleading to which objections are due within twenty days of service.  If no objection is filed by the Internal Revenue Service, the parties anticipate that the appeal pending before this court will be dismissed.

6.  The parties would accordingly request that this court enlarge the briefing schedule for an additional thirty days in order to permit the Trustee's motion to be considered by the Internal Revenue Service within the negative notice period allowed.

Respectfully submitted this _____ day of March, 2006.


**s/William W.  Nichols**
**William W.  Nichols NIC027**
Bar Number:
Attorney for William C.  Carn, Trustee
P.O. Box 1665
Dothan, Alabama 36302
E-mail: wnichols@leeandmcinish.com
Telephone:(334)792-4156
Facsimile: (334)794-8342

**s/Derek E. Yarbrough**
**Derek E. Yarbrough YAR008**
Bar Number: ASB-6664-R63D
Attorney for The Citizens Bank
117 East Main Street
Dothan, Alabama 36301
Telephone:  (334) 793-0051
Facsimile: (334) 793-9845
E-mail: motley@graceba.net