IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CITIZENS BANK OF GENEVA, *et. al.*, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-1173-MEF |
| ) | |
| GARY LAMAR MILLER, *et. al.*, ) | |
| ) | |
| Appellees. ) | |

### **ORDER**

This cause is before the Court on parties' Joint Motion for Additional Enlargement of Briefing Schedule (Doc. # 7). Upon consideration, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The Appellant shall file its brief on or before May 5, 2006. In accordance with Federal Rule of Bankruptcy Procedure 8009(a), the Appellees shall serve and file a brief within 15 days after service of Appellant's brief. The Appellant may serve and file a reply brief within 10 days after service of Appellees' brief.

DONE this 17th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE