# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| GARY LAMAR MILLER ) | |
| PEGGY HARDWICK MILLER ) | |
| ) | |
| Debtors. ) | |
| | |
| CITIZENS BANK OF GENEVA, ) | CASE NO.:1:05cv-01173-MEF |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM C. CARN, III, as Trustee ) | |
| for the Bankruptcy Estate of Gary ) | |
| Lamar Miller and Peggy Hardwick ) | |
| Miller Bankruptcy Case No. ) | |
| 04-10816 ) | |

## JOINT MOTION FOR ADDITIONAL ENLARGEMENT
## OF BRIEFING SCHEDULE

1. The parties to this Motion are:

   Appellant, Citizens Bank of Geneva

   Appellee, William C. Carn, III, Trustee for the Bankruptcy Estate of
   Gary Lamar Miller and Peggy Hardwick Miller, Bankruptcy Case Number 04-10816

2. On December 21, 2005, the parties jointly moved this Court to enter an Order extending the briefing deadlines so that they could attempt a settlement of the matters pending in this Court on appeal.

3. The Court granted the extension and thereafter the Trustee filed a Motion For Approval of Proposed Compromise Settlement in the United States Bankruptcy Court for the

Middle District of Alabama, where the original bankruptcy case is pending.

4. On March 16, 2006, the parties jointly requested an additional extension of the briefing schedule in this Court, and the Court entered an order extending the deadline for the appellant's brief to May 5, 2006.

5. On April 10, 2006, the United States Bankruptcy Judge entered an Order granting the Trustee's Motion For Approval of Proposed Compromise Settlement. [Copy attached hereto for this Court's convenience.]

6. The final matter to be resolved by the parties is the re-classification of the claims filed in the original bankruptcy case by The Citizens Bank and The Internal Revenue Service.

7. The Trustee's motion seeking such reclassification is expected to be filed no later than May 5, 2006, and should be resolved within forty-five (45) days.

8. Therefore, the parties respectfully request that this court again enlarge the briefing schedule for an additional forty-five (45) days in order to permit the Trustee's motion to be ruled upon, the matters pending on appeal finally resolved in the original bankruptcy case, and this appeal case dismissed.

Respectfully submitted this 3rd day of May, 2006.

| | |
|---|---|
| s/William W. Nichols | s/Derek E. Yarbrough |
| **William W. Nichols NIC027** | **Derek E. Yarbrough YAR008** |
| Bar Number: | Bar Number: ASB-6664-R63D |
| Attorney for William C. Carn, Trustee | Attorney for The Citizens Bank |
| P.O. Box 1665 | 117 East Main Street |
| Dothan, Alabama 36302 | Dothan, Alabama 36301 |
| E-mail: wnichols@leeandmcinish.com | Telephone: (334) 793-0051 |
| Telephone:(334)792-4156 | Facsimile: (334) 793-9845 |
| Facsimile: (334)794-8342 | E-mail: motley@graceba.net |

UNITED STATES BANKRUPTCY COURT

Middle District of Alabama

In re:
**Gary Lamar Miller and Peggy Hardwick Miller**
Debtors

Case No.: 04-10816
Chapter: 7

### ORDER

This case is before the court on the following matter:

*Order Granting Rule 9007-1 Motion – Trustee's Motion for Approval of Proposed Compromise Settlement of Dispute Regarding the Secured Status of Competing Creditors. (Related Doc # [91]) Entered On 4/10/2006. (JC, )*
It appears that notice has been given pursuant to LBR 9007-1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated: 4/10/06

Dwight H. Williams Jr.
United States Bankruptcy Judge

APR 1 1 2006