# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| GARY LAMAR MILLER | ) |
| PEGGY HARDWICK MILLER | ) |
| | ) |
| Debtors. | ) |
| | |
| CITIZENS BANK OF GENEVA, | ) CASE NO.:1:05cv-01173-MEF |
| | ) |
| Appellant, | ) |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM C. CARN, III, as Trustee | ) |
| for the Bankruptcy Estate of Gary | ) |
| Lamar Miller and Peggy Hardwick | ) |
| Miller Bankruptcy Case No. | ) |
| 04-10816 | ) |

## JOINT MOTION TO DISMISS APPEAL

*COME NOW* Appellant, Citizens Bank of Geneva and Appellee, William C. Carn, III, Trustee for the Bankruptcy Estate of Gary Lamar Miller and Peggy Hardwick Miller, by and through their undersigned attorneys and move this Honorable Court to enter an order dismissing the appeal filed from the judgment of the United States Bankruptcy Court in Bankruptcy Case Number 04-10816 by The Citizens Bank. In support of the motion, the parties state that they have reached a resolution of the issues contained in the appeal.

Respectfully submitted,

| | |
|---|---|
| **s/William W. Nichols** | **s/Derek E. Yarbrough** |
| **William W. Nichols NIC027** | **Derek E. Yarbrough YAR008** |
| Bar Number: | Bar Number: ASB-6664-R63D |
| Attorney for William C. Carn, Trustee | Attorney for The Citizens Bank |
| P.O. Box 1665 | 117 East Main Street |
| Dothan, Alabama 36302 | Dothan, Alabama 36301 |
| E-mail: wnichols@leeandmcinish.com | Telephone: (334) 793-0051 |
| Telephone:(334)792-4156 | Facsimile: (334) 793-9845 |
| Facsimile: (334)794-8342 | E-mail: motley@graceba.net |

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: GARY LAMAR MILLER, and PEGGY HARDWICK MILLER | * * * |
| Debtors. | * * * |
| CITIZENS BANK OF GENEVA, | * * |
| Appellant, | * * |
| vs. | *   CASE NUMBER:1:05cv-01173-MEF |
| GLENN AND PEGGY MILLER; and William C. Carn, III [Chapter 7 Trustee], | * * * * |
| Appellees. | * |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, the parties' Joint Motion To Dismiss Appeal was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**William C. Carn, III**  
Lee & McInish, P.C.  
Trustee  
P.O. Box 1665  
Dothan, Alabama 36302  
wcarn@leeandmcinish.com

**William W. Nichols**  
Lee & McInish, P.C.  
Attorney for Trustee  
P.O. Box 1665  
Dothan, Alabama 36302  
wnichols@leeandmcinish.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

Respectfully submitted,

       **s/Derek E. Yarbrough**
       **Derek E. Yarbrough**
       Bar Number: ASB-6664-R63D
       Attorney for The Citizens Bank
       Motley, Motley & Yarbrough, LLC
       Dan Clemmons Building
       117 East Main Street
       Dothan, Alabama 36301
       Telephone: (334) 793-0051
       Fax: (334) 793-9845
       E-mail: motley@graceba.net