IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CITIZENS BANK OF GENEVA, *et. al.*, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-1173-MEF |
| ) | |
| GARY LAMAR MILLER, *et. al.*, ) | |
| ) | |
| Appellees. ) | |

## **ORDER**

This cause is before the Court on the parties' Joint Motion to Dismiss Appeal (Doc. # 11). Upon consideration, it is hereby ORDERED that the motion is GRANTED and the appeal in this case is DISMISSED.

DONE this the 19th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE